IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
07/09/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

SANTOS ANDRES GUEVARA HERNANDEZ,    )
                                          )
        Petitioner,    )
                                            )
    v.    )    Case No. 26-3223-JWL
                                            )
SAMUEL OLSON, Director, ICE Field Office;    )
MARKWAYNE MULLIN, DHS Secretary;    )
DEPARTMENT OF HOMELAND SECURITY;    )
TODD BLANCHE, Acting Attorney General;    )
EXECUTIVE OFFICE FOR IMMIGRATION    )
      REVIEW; and    )
Warden, Midwest Regional Reception Center,    )
                                            )
        Respondents.    )
                                            )
_____    )

## **ORDER TO SHOW CAUSE**

Petitioner, through counsel, has filed a petition for habeas corpus under 28 U.S.C. § 2241, in which he challenges his detention by immigration officials without a bond hearing. The Court finds that a responsive pleading is required.

IT IS THEREFORE ORDERED BY THE COURT THAT respondents are required to show cause on or before **July 17, 2026**, why the writ should not be granted, including by addressing the Tenth Circuit's recent decision in *Santillan Quiroz v. Mullin*, __ F.4th __, 2026 WL 1876709 (10th Cir. June 30, 2026); and that petitioner is granted until **July 24, 2026**, to file a traverse thereto, addressing that issue and admitting or denying under

2

oath all factual allegations contained in the response.  Copies of this Order shall be transmitted to the parties and the United States Attorney for the District of Kansas.

IT IS SO ORDERED.

Dated this 9th day of July, 2026, in Kansas City, Kansas.

/s/  John W. Lungstrum
Hon. John W. Lungstrum
United States District Judge

2